**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Damon Emanuel ELLIOTT,**
**Defendant—Appellant.**

**No. 10–7181**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 30, 2010.

Decided: Dec. 7, 2010.

Damon Emanuel Elliott, Appellant Pro Se. Stuart A. Berman, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damon Emanuel Elliott appeals the district court's paperless order denying his motions for copy work, for leave to appeal, and to review his sentence under 18 U.S.C. § 3742 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Elliott,* No. 8:97–cr–00053–PJM–1 (D.Md. Aug. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*